```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

AUDRY MALCOLM,
On behalf of herself and all other
employees similarly situated,
&
PETER LUCIANO,
On behalf of himself and all other
employees similarly situated,
                                              03-cv-6589T
                                              04-cv-6194CJS
             v.
                                              ORDER
EASTMAN KODAK COMPANY,
_____
```

  Pursuant to my December 23, 2005 Order appointing attorney, Steven V. Modica, as a Special Master in this case, I directed that Kodak bear his costs.  On March 6, 2006, Special Master Modica submitted an invoice to the court in the amount of $1,332.25 for services rendered and costs during the month of February 2006 for both cases equally.  I find the costs to be reasonable, and accordingly, hereby ORDER Kodak to pay the Special Master's invoice of $1,332.25 within 30 days of the date of this Order.

  ALL OF THE ABOVE IS SO ORDERED.

```
                              S/ Michael A. Telesca
                              _____MICHAEL A. TELESCA
                              United States District Judge
```

DATED: Rochester, New York
    March 15, 2006