HARRIS BEACH ᴸᴸᴾ

Aᴛᴛᴏʀɴᴇʏs ᴀᴛ Lᴀw

May 3, 2006

99 Gᴀʀɴsᴇʏ Rᴏᴀᴅ
Pɪᴛᴛsғᴏʀᴅ, Nᴇw Yᴏʀᴋ  14534
(585) 419-8800

Hon. Michael A. Telesca
U.S. District Court Judge
U.S. District Court
Western District of New York
100 State Street, Room 272
Rochester, New York 14614

   Re: **Malcolm v. Eastman Kodak Company; Civil Action No. 03-CV-6589 T(P)**
      **Luciano v. Eastman Kodak Company; Civil Action No. 04-CV-6194 CJS (F)**

Dear Judge Telesca:

   I am writing on behalf of both parties to request a modification to the Court's Order Approving Settlement that was previously modified on March 10, 2006.  Specifically, the parties request that the Class Notice, Claim Form and Receipt be submitted to the Court for approval by not later than May 17, 2006.  The current Order calls for the forms to be submitted May 3, 2006.  The reason the parties make this request is that they have negotiated in good faith in an effort to find the appropriate language for these forms, but are not yet in full agreement.  In the event the parties cannot reach agreement on the Class Notice and Claim Form, counsel respectfully request that the Court set a date for a conference so that these issues may be resolved.

   I thank the Court for its consideration of this Request.

        Respectfully,

        s/ Daniel J. Moore

        Daniel J. Moore

DJM/sjp

cc:  J. Nelson Thomas, Esq.
   Michael Lingle, Esq.
   Eugene D. Ulterino, Esq.
   Paul Hall, Esq.
   Paul J. Yesawich, III, Esq.

So Ordered:

 S/ Michael A. Telesca      Dated: May 5, 2006
United States District Court Judge