UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    AUDRY MALCOLM, et al

                  Plaintiff(s)

   -vs-                                      03-Cv-6589T

    THE EASTMAN KODAK COMPANY

                  Defendant(s)
_____

       Paul J. Hall, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of the California and various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter. Upon due consideration, and pursuant to Local Rule 83.1(i), the request of Paul J. Hall, Esq. is granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

       Wherefore, upon receipt of the $75.00 admission fee, Paul J. Hall, Esq. will be admitted to practice _pro_ _hac_ _vice_ in the above-captioned matter.

       ALL OF THE ABOVE IS SO ORDERED.

                                          S/ MICHAEL A. TELESCA
                                          MICHAEL A. TELESCA
                                          United States District Judge

Dated:  Rochester, New York
        June 28, 2006